**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9200 Oakdale Avenue, 7th Floor, Mail Stop N110701, Chatsworth, California 91311.

On July 11, 2006, I served the foregoing documents described as **DEFENDANT WASHINGTON MUTUAL BANK'S ANSWER TO PLAINTIFF'S COMPLAINT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Chatsworth, California, addressed as follows:

CHARLA R. DUKE, ESQ.
LAW OFFICES OF CHARLA R. DUKE
360 GRAND AVENUE, SUIITE 150
OAKLAND, CA 94610

☒   (<u>By Mail – Federal</u>)  I placed such envelope with postage thereon fully prepaid in the United States mail at Chatsworth, California.

☒   Executed on July 11, 2006 at Chatsworth, California.

☒   (<u>State</u>)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Shannon Mollett*
Shannon Mollett

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311